IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:14CR-95 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT** |
| | ) | |
| JOHN W. WAGSTAFFE, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF DOUGLAS    )

   I, John W. Wagstaffe, Affiant herein, being first duly sworn upon oath depose and state as follows:

1. That I am aware that counsel has requested the Court to continue the trial date currently set for June 22, 2015.

2. That I agree to said continuance.

3. That I am also aware that such continuance will be excludable time for purposes of computing Speedy Trial Act deadlines.

FURTHER AFFIANT SAYETH NOT.

DATED this 5th day of June, 2015.

_____
JOHN W. WAGSTAFFE, Defendant

SUBSCRIBED AND AFFIRMED to before me this 5th day of June, 2015.

_____
NOTARY PUBLIC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2015, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Donald J. Kleine, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

s/Jason E. Troia_____
JASON E. TROIA, #21793
Attorney for Defendant

2