IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOHN W. WAGSTAFFE,<br><br>             Defendant. | 8:14CR95<br><br>MOTION TO SEAL |

      COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the Government's Application for Compulsion Order the above-captioned defendant.

                                  UNITED STATES OF AMERICA, Plaintiff

                                  DEBORAH R. GILG
                                  United States Attorney
                                  District of Nebraska

                         By:    s/ Donald J. Kleine
                                DONALD J. KLEINE, #22669
                                Assistant U.S. Attorney
                                1620 Dodge Street, Suite 1400
                                Omaha, NE 68102-1506
                                Tel: (402) 661-3700
                                Fax: (402) 661-3084
                                E-mail: donald.kleine@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record

                                  s/ Donald J. Kleine
                                  Assistant U.S. Attorney