IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:14CR95 |
| ) | |
| vs. ) | NOTICE OF GOVERNMENT'S |
| ) | WITNESS LIST |
| JOHN W. WAGSTAFFE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America and states that it may call the following witnesses in the presentation of its case-in-chief.

1. Ruby Venditte

2. Louis Venditte

3. Amanda Gaffney

4. Melanie Johnson

5. Breanna Gilreath

6. Ashley Wilson

7. Nichelle Minor

8. Kimberly Roe

9. Michelle Bauman

10. Radia Tajouri

11. Therea O'Ven

12. Mark Heath

13. David Shirley

14. Jody Nunez – IRS - CI

1

15.	Dave Rieck - OPD

16.	Scott Wagener – DCSD

17.	John Hallock - FBI

18.	Colorado Nordman

19.	Tracy Newton

20.	Marc Ford - State of Nebraska Department of Revenue Representative

Respectfully submitted,

DEBORAH R. GILG
United States Attorney

s/Donald J. Kleine
By: DONALD J. KLEINE  (#22669)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 25, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the counsel of record.

s/Donald J. Kleine
By: DONALD J. KLEINE  (#22669)
Assistant U.S. Attorney