IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:14CR-95 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **AFFIDAVIT** |
| JOHN W. WAGSTAFFE, | ) | |
| Defendant. | ) | |

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

I, John W. Wagstaffe, Affiant herein, being first duly sworn upon oath depose and state as follows:

1. That I am aware that counsel has requested the Court to continue the trial date currently set for August 31, 2015.
2. That I agree to said continuance.
3. That I am also aware that such continuance will be excludable time for purposes of computing Speedy Trial Act deadlines.

FURTHER AFFIANT SAYETH NOT.

DATED this 27th day of August, 2015.

_____
JOHN W. WAGSTAFFE, Defendant

SUBSCRIBED AND AFFIRMED to before me this 27th day of August, 2015.

_____
NOTARY PUBLIC

GENERAL NOTARY - State of Nebraska
RUTH A. TRIMBLE
My Comm. Exp. July 14, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2015, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

      Donald J. Kleine, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      N/A

                                        s/Jason E. Troia
                                        JASON E. TROIA, #21793
                                        Attorney for Defendant