IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LOUIS A. VENDITTE,<br>RUBY A. VENDITTE, and<br>JOHN W. WAGSTAFFE,<br><br>                Defendants. | 8:14CR95<br><br>MOTION TO CONTINUE |

    COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the District of Nebraska and the undersigned Assistant United States Attorney, and respectfully requests this Court to enter an order continuing trial on the forfeiture allegation against Defendants Louis A. Venditte and Ruby A. Venditte, in the above-captioned matter. In support of this Motion, the Plaintiff states as follows:

1. Trial on the forfeiture allegation and criminal case against Defendant Wagstaffe is scheduled to begin on August 31, 3015;

2. Defendant Wagstaffe has filed a motion to continue trial (Filing No. 116).

1

WHEREFORE, the United States prays for an order continuing the trial on the forfeiture allegation against Defendants Louis A. Venditte and Ruby A. Venditte in the above-captioned matter, and requests that any time between August 31, 2015 and the new trial date be excluded for the purpose of computing limits under the Speedy Trial Act.

    Respectfully Submitted,

    UNITED STATES OF AMERICA, Plaintiff,

    DEBORAH R. GILG
    United States Attorney

By:    s/ Donald J. Kleine
    DONALD J. KLEINE, #22669
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE   68102-1506
    Tel:   (402) 661-3700

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **James Martin Davis**, Attorney at Law; **Matthew M. Munderloh**, Attorney at Law; and **Jason E. Troia**, Attorney at Law.

    s/ Donald J. Kleine
    Assistant U.S. Attorney